# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kerrigan, Kathleen M. | United States Tax Court | 05/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Tax Court Judge | ☐ Nomination　Date<br>☐ Initial　✔ Annual　☐ Final<br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Tax Court
400 Second Street N.W.
Washington, DC 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Baker & Hostetler LLP 401(k) and 401(a) plan with former law firm (Repported in Part VII) All in one account managed by Fidelity and allowed to select from |
| 2. | certain investments. Also, have option of rolling over into an IRA. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Core Media Incorporated- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Roth Contributory IRA | A | Dividend | J | T | | | | | |
| 2. - Janus Fund | | | | | | | | | |
| 3. Schwab IRA Rollover | A | Dividend | M | T | | | | | |
| 4. - Schwab Cash Reserves | | | | | | | | | |
| 5. - Janus Fund | | | | | | | | | |
| 6. Schwab One Account #1 (H) | | | | | | | | | |
| 7. Janus Fund | A | Dividend | K | T | | | | | |
| 8. Baker & Hostetler retirement account | C | Dividend | M | T | | | | | |
| 9. - Fid Growth Co K | | | | | | | | | |
| 10. - PIM Total Rt Inst | | | | | | | | | |
| 11. - Spartan 500 Index | | | | | | | | | |
| 12. - Baker & Hostetler Composite Fund | | | | | | | | | |
| 13. - WFA Govt Securities | | | | | | | | | |
| 14. Schwab Muni account (H) | | | | | | | | | |
| 15. Arizona St Transr█ | B | Interest | K | T | | | | | |
| 16. Austin Tex Wtr & WA█ | A | Interest | K | T | Buy | 07/12/12 | K | | |
| 17. Bay Area Toll Auth█ | B | Interest | | | Sold | 11/02/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. California ST | B | Interest | K | T | | | | | |
| 19. California ST Dep | B | Interest | K | T | | | | | |
| 20. Colorado Health FAC | B | Interest | | | Sold | 04/23/12 | K | C | |
| 21. Colorado Health | A | Interest | K | T | | | | | |
| 22. Houston Tex Uti | B | Interest | K | T | | | | | |
| 23. Long Island PWR AUT | B | Interest | K | T | | | | | |
| 24. Louisiana PUB FACS | B | Interest | K | T | | | | | |
| 25. Miami-Dade CNTY FLA | B | Interest | K | T | | | | | |
| 26. Michigan St Hosp. FI | B | Interest | K | T | Buy | 05/01/12 | K | | |
| 27. Michigan ST Trun | B | Interest | K | T | | | | | |
| 28. New Jersey ST CTFS | A | Interest | | | Sold | 06/20/12 | K | C | |
| 29. Ney York Ny | B | Interest | K | T | | | | | |
| 30. New York ST URBA | B | Interest | | | Sold | 07/11/12 | K | D | |
| 31. Norfolk VA Wtr Rev | A | Interest | K | T | Buy | 06/07/12 | K | | |
| 32. Norfolk VA Wtr REv | B | Interest | K | T | Buy | 03/22/12 | K | | |
| 33. Noeth Carolina Mun | A | Interest | K | T | | | | | |
| 34. San AntonioTex Ele | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. San Fransico Calf | B | Interest | K | T | | | | | |
| 36. Texas State | B | Interest | | | Sold | 03/22/12 | K | C | |
| 37. Virginia College BL | B | Interest | K | T | | | | | |
| 38. Virginia College Bl | A | Interest | K | T | | | | | |
| 39. Virginia Commonwealth TR | A | Interest | K | T | Buy | 02/16/12 | K | | |
| 40. Virginia ST PUB BLD | A | Interest | K | T | | | | | |
| 41. Virginia ST PUB BLD | A | Interest | J | T | | | | | |
| 42. Virginia ST RES | A | Interest | | | Sold | 01/30/12 | K | A | |
| 43. Virginia ST PUB SCH | A | Interest | K | T | | | | | |
| 44. Virginia ST RES | A | Interest | K | T | | | | | |
| 45. Vriginia ST RES | A | Interest | J | T | | | | | |
| 46. Virginia ST RES | A | Interest | | | Sold | 05/18/12 | K | C | |
| 47. Virginia ST RES AUT | B | Interest | K | T | | | | | |
| 48. Virginia ST RES AUT | A | Interest | K | T | | | | | |
| 49. Virginia ST. RES AUT | A | Interest | K | T | | | | | |
| 50. Virginia ST RES Aut | B | Interest | K | T | | | | | |
| 51. Virginia ST RES Aut | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Virginia ST RES Aut▨ | B | Interest | K | T | | | | | |
| 53. | Schwab 1 Account # 2 (H) | | | | | | | | | |
| 54. | JP Morgan Chase common stock | A | Dividend | K | T | | | | | |
| 55. | Walgreen Company common stock | A | Dividend | J | T | | | | | |
| 56. | Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 57. | Templeton Dragon Fund | A | Dividend | K | T | | | | | |
| 58. | PIMCO Total Return Fund | D | Dividend | M | T | | | | | |
| 59. | Matthews India Fund | A | Dividend | K | T | | | | | |
| 60. | Schwab Total Stock Mkt | C | Dividend | M | T | | | | | |
| 61. | Vanguard Value Index | D | Dividend | M | T | | | | | |
| 62. | Yacktman Fund | D | Dividend | N | T | | | | | |
| 63. | ISHARES MSCI CDA IDX FD | A | Dividend | K | T | | | | | |
| 64. | SCHW INTL EQ ETF | A | Dividend | L | T | | | | | |
| 65. | Schwab Rollover IRA #2 | E | Dividend | O | T | | | | | |
| 66. | - Templeton Dragon Fund | | | | | | | | | |
| 67. | - PIMCO Total Return Fund | | | | | | | | | |
| 68. | - Blackrock Latin America | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Matthews India Fund | | | | | | | | | |
| 70. - Oppenheimer Equity Income Fund | | | | | | | | | |
| 71. - Schwab Total Stock MKT | | | | | | | | | |
| 72. - SCW INTL EQ ETF | | | | | | | | | |
| 73. Schwab One Account #3 (H) | | | | | | | | | |
| 74. EGshares ETF Emerging Markets | | None | J | T | Buy | 12/06/12 | J | | |
| 75. IShares AAA Rated corporate bond | | None | J | T | Buy | 10/03/12 | J | | |
| 76. IShares Gold Trust | | None | J | T | Sold (part) | 07/17/12 | J | | |
| 77. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 78. Currency Share Japanese | | None | | | Sold | 02/02/12 | J | A | |
| 79. Ishares IBoxx Investop | A | Dividend | | | Sold | 10/03/12 | J | A | |
| 80. Ishares MSCI Germany | | None | J | T | Buy | 10/04/12 | J | | |
| 81. IShares MSCI HK IDX FD | A | Dividend | J | T | Sold (part) | 02/02/12 | J | A | |
| 82. | | | | | Buy (add'l) | 10/03/12 | J | | |
| 83. ISHARES FTSE EPRA NAREIT | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 84. | | | | | Buy (add'l) | 06/06/12 | J | | |
| 85. ISHARES RUSEELL 2000 | A | Dividend | J | T | Buy | 02/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PIMCO EXCH Traded Fund 15+ YR US TIPS INDEX FD | A | Dividend | J | T | Sold (part) | 02/02/12 | J | A | |
| 87. | | | | | Sold (part) | 10/03/12 | J | A | |
| 88. POWERSHS DB Commodity Index | | None | J | T | Buy | 02/02/12 | J | | |
| 89. PowerrSHS EXCH TRAD FD TREMERGING MKTS | | None | J | T | Buy | 10/04/12 | J | | |
| 90. Power SHS S&P ETF 500 | A | Dividend | J | T | Buy | 02/03/12 | J | | |
| 91. PowerSHS QQQ Trust SER 1 | A | Dividend | J | T | Sold (part) | 10/03/12 | J | A | |
| 92. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 93. SPDR S&P 500 ETF TR | A | Dividend | | | Sold | 06/06/12 | J | | |
| 94. | | | | | Buy | 02/02/12 | J | | |
| 95. SPDR Gold Trust | | None | J | T | Sold (part) | 06/06/12 | J | A | |
| 96. | | | | | Sold (part) | 07/17/12 | J | A | |
| 97. SPDR Barclays Capital High Yield | A | Dividend | | | Buy | 02/09/12 | J | | |
| 98. | | | | | Sold | 10/03/12 | J | A | |
| 99. Vanguard DIV Apprciation | A | Dividend | J | T | Sold (part) | 06/06/12 | J | | |
| 100. | | | | | Buy (add'l) | 10/03/12 | J | | |
| 101. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 102. Vanguard MSCI Emerging | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 104. | | | | | Sold (part) | 12/06/12 | J | | |
| 105. Vanguard MSCI EAFE ETF | A | Dividend | J | T | Buy (add'l) | 02/02/12 | J | | |
| 106. Vanguard REIT | A | Dividend | J | T | Sold (part) | 02/02/12 | J | A | |
| 107. | | | | | Buy (add'l) | 06/06/12 | J | | |
| 108. Vanguard Total Stock MKT | A | Dividend | J | T | Sold (part) | 02/02/12 | J | A | |
| 109. Widsomtree Asia ETF Local Debt Fund | A | Dividend | J | T | | | | | |
| 110. Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 111. ISHARES TR BARCLAYS BONDBARCLAYS 710 YEAR TREASURY Bond Fund | A | Dividend | J | T | | | | | |
| 112. ISHARESBARCLAYS TIPS Bond Fund | A | Dividend | J | T | Sold (part) | 10/03/12 | J | A | |
| 113. | | | | | Sold (part) | 06/06/12 | J | A | |
| 114. Market Vectors ETF | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 115. Schwab High Yield Investor Savings (X) | A | Interest | N | T | | | | | |
| 116. Schwab One Account #4 (H) | | | | | | | | | |
| 117. Oppenheimer Equity Income Fund | A | Dividend | K | T | | | | | |
| 118. Yacktman Fund | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Schwab Roth IRA #2 | A | Dividend | J | T | | | | | |
| 120. -Templeton Dragon Fund | | | | | | | | | |
| 121. - Matthews India Fund | | | | | | | | | |
| 122. - Schwab Total Stock Market | | | | | | | | | |
| 123. - IShares MSCI Canada Index | | | | | | | | | |
| 124. - Schwab International Equity ETF | | | | | | | | | |
| 125. Schwab One Account #5 (H) | | | | | | | | | |
| 126. Oppenheimer Equity Income Fund | A | Dividend | K | T | | | | | |
| 127. Yackman Fund | A | Dividend | K | T | | | | | |
| 128. Schwab Roth IRA #4 | A | Dividend | J | T | | | | | |
| 129. - Matthews India Fund | | | | | | | | | |
| 130. - Schwab Total Stock Market | | | | | | | | | |
| 131. - Templeton Dragon Fund | | | | | | | | | |
| 132. DWS Large Cap Value Fund-S | C | Dividend | M | T | | | | | |
| 133. Bank of America Series of accounts | A | Interest | N | T | | | | | |
| 134. American Express Savings Account | C | Interest | O | T | | | | | |
| 135. ING Savings Account | C | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. Capitol One Savings Account | C | Interest | O | T | | | | | |
| 137. Congressional Bank Savings Accounts | B | Interest | M | T | | | | | |
| 138. Discover Bank Savings Account | B | Interest | M | T | | | | | |
| 139. EDSC Limited Partnership | D | Rent | M | W | | | | | |
| 140. NSP Limited Partnership | E | Rent | N | W | | | | | |
| 141. VSSC Limited Partnership | E | Rent | M | W | | | | | |
| 142. THSC Limited Partnership | E | Rent | N | W | | | | | |
| 143. Falstafff Center LLP | D | Interest | M | W | | | | | |
| 144. EDSC Limited Partnership | D | Interest | N | W | | | | | |
| 145. PHSA Medical Center LLC | E | Rent | N | W | | | | | |
| 146. Acacia Federal Savings Bank (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII. Investments and Trusts, lines 139 through 144, are all limited partnership investments in real estate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Kathleen M. Kerrigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544